AO 442 Case 1:25-mj-03604-MFE   Document 1   Entered on FLSD Docket 08/18/2025   Page 1 of 10

# United States District Court
for the
**District of Utah**

UNITED STATES OF AMERICA

v.

**Fagundez Pitire et al**

Case No: 2:25-cr-00141-010-DAK

**25-MJ-3604-ELFENBEIN**



FILED BY ___BM___ D.C.
**Aug 15, 2025**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **MIGUEL GIL**,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Conspiracy to Commit Sex Trafficking by Force, Fraud, or Coercion**

in violation of   **18:1591(a) and 18:2**   United States Code.

Gary P. Serdar
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer

April 10, 2025 at Salt Lake City, Utah
Date and Location

By:   Elizabeth Toscano
Deputy Clerk

Bail fixed _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

25-MJ-3604-ELFENBEIN

FELICE JOHN VITI, Acting United States Attorney (#7007)
SAM PEAD, Assistant United States Attorney (#11945)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court-UT
APR 09 '25 PM04:07

Case: 2:25-cr-00141
Assigned To : Kimball, Dale A.
Assign. Date : 4/8/2025

# SEALED

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. RAQUEL YUDITH FAGUNDEZ PITIRE, AKA CAMILLA, BRIANN RICARDO HERNANDEZ-CASTILLO, AKA PABLO JOSE FERNANDEZ GIL, KENDER ALBERTO BRIEO-QUIJADA, YEIMI ALEXANDRA FAGUNDEZ PITRE, MILLER ANTHONY AZUAJE VELASQUEZ, LUIS FRANCISCO GUZMAN HERNANDEZ, PEDRO GONZALEZ, KELVIS JOSE NAMIAS CASTILLO, | INDICTMENT<br><br>Count 1: 18 U.S.C. § 1591(a), Sex Trafficking by Force, Fraud, or Coercion<br>(Defendants: RAQUEL YUDITH FAGUNDEZ PITIRE, AKA CAMILLA, BRIANN RICARDO HERNANDEZ-CASTILLO, AKA PABLO JOSE FERNANDEZ GIL, KENDER ALBERTO BRIEO-QUIJADA, LUIS FRANCISCO GUZMAN HERNANDEZ, YEIMI ALEXANDRA FAGUNDEZ PITRE, and MILLER ANTHONY AZUAJE VELASQUEZ)<br><br>Count 2: 18 U.S.C. § 1512(b), Tampering with a Witness, Victim, or Informant by Intimidation, Threats, Corrupt Persuasion, or Misleading Conduct<br>(Defendants: RAQUEL YUDITH FAGUNDEZ PITIRE, AKA CAMILLA, BRIANN RICARDO HERNANDEZ-CASTILLO, AKA PABLO JOSE FERNANDEZ GIL, PEDRO GONZALEZ, and YEIMI ALEXANDRA FAGUNDEZ PITRE)<br><br>Count 3: 18 U.S.C. § 922(g)(5), Illegal Alien in Possession of a Firearm and Ammunition<br>(Defendant: BRIANN RICARDO HERNANDEZ-CASTILLO, AKA PABLO JOSE FERNANDEZ GIL) |
|---|---|

| | |
|---|---|
| MANUEL ANTONIO FERRER BASTARDO,<br><br>MIGUEL GIL, and<br><br>OSMAR LUNA-GONZALEZ,<br><br>Defendants. | Count 4: 18 U.S.C. § 922(g)(5), Illegal Alien in Possession of a Firearm and Ammunition<br>(Defendant: KELVIS JOSE NAMIAS CASTILLO)<br><br>Count 5: 21 U.S.C. § 841(a)(1), Possession of Marijuana with Intent to Distribute<br>(Defendant: KELVIS JOSE NAMIAS CASTILLO)<br><br>Count 6: 21 U.S.C. § 841(a)(1), Possession of Cocaine with Intent to Distribute<br>(Defendant: KELVIS JOSE NAMIAS CASTILLO)<br><br>Count 7: 18 U.S.C. § 922(g)(5), Illegal Alien in Possession of Firearms<br>(Defendant: MANUEL ANTONIO FERRER BASTARDO)<br><br>Count 8: 21 U.S.C. § 841(a)(1), Possession of Marijuana with Intent to Distribute<br>(Defendant: MANUEL ANTONIO FERRER BASTARDO)<br><br>Count 9: 21 U.S.C. § 841(a)(1), Possession of Cocaine with Intent to Distribute<br>(Defendant: MANUEL ANTONIO FERRER BASTARDO)<br><br>Count 10: 8 U.S.C. § 1326, Reentry of a Previously Removed Alien<br>(Defendant: YEIMI ALEXANDRA FAGUNDEZ PITRE)<br><br>Count 11: 18 U.S.C. § 1591(a), Sex Trafficking by Force, Fraud, or Coercion<br>(Defendants: MIGUEL GIL, KELVIS JOSE NAMIAS CASTILLO, OSMAR LUNA-GONZALEZ) |

The Grand Jury charges:

## Count 1
18 U.S.C. § 1591(a)
(Sex Trafficking by Force, Fraud, or Coercion)

Beginning on a date unknown, and continuing through to March 18, 2025, in the District of Utah,

RAQUEL YUDITH FAGUNDEZ PITIRE, AKA CAMILLA, BRIANN RICARDO HERNANDEZ-CASTILLO, AKA PABLO JOSE FERNANDEZ GIL, KENDER ALBERTO BRIEO-QUIJADA, LUIS FRANCISCO GUZMAN HERNANDEZ, YEIMI ALEXANDRA FAGUNDEZ PITRE, and MILLER ANTHONY AZUAJE VELASQUEZ,

defendants herein, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person(s), knowing, and, in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion were used to cause the person(s) to engage in a commercial sex act(s), in and affecting interstate and foreign commerce, and did benefit financially by receiving anything of value, from participation in a venture which has engaged in any act described above; and did aid and abet therein; all in violation of 18 U.S.C. § 1591(a) and § 2.

## Count 2
18 U.S.C. § 1512(b)
(Tampering With a Witness, Victim, or Informant by Intimidation, Threats, Corrupt Persuasion, or Misleading Conduct)

Between October 31, 2024, and March 18, 2025, in the District of Utah,

3

RAQUEL YUDITH FAGUNDEZ PITIRE, AKA CAMILLA, BRIANN RICARDO

HERNANDEZ-CASTILLO, AKA PABLO JOSE FERNANDEZ GIL, PEDRO

GONZALEZ, and YEIMI ALEXANDRA FAGUNDEZ PITRE,

defendants herein, did knowingly intimidate, threaten, corruptly persuade, and engage in

misleading conduct toward witnesses to influence, delay, and prevent the testimony of any

person in an official proceeding, and with the intent to cause and induce any person to

withhold testimony, evade legal process summoning that person to appear as a witness,

and to be absent from an official proceeding to which such person has been summoned by

legal process, from an official proceeding; in violation of 18, U.SC. § 1512(b)(2) and § 2.

Count 3
18 U.S.C. § 922(g)(5)(B)
(Illegal Alien in Possession of a Firearm and Ammunition)

On or about October 31, 2024, in the District of Utah,

BRIANN RICARDO HERNANDEZ-CASTILLO, AKA PABLO JOSE

FERNANDEZ GIL,

defendant herein, knowing he was illegally and unlawfully in the United States, did

knowingly possess a firearm and ammunition, to wit: a 9mm Glock handgun along with

associated ammunition, and the firearm and ammunition were in and affecting commerce;

all in violation of 18 U.S.C. § 922(g)(5) and punishable pursuant to 18 U.S.C. § 924(a)(2).

Count 4
18 U.S.C. § 922(g)(5)(B)
(Illegal Alien in Possession of a Firearm and Ammunition)

On or about March 11, 2025, in the District of Utah,

KELVIS JOSE NAMIAS CASTILLO,

defendant herein, knowing he was illegally and unlawfully in the United States, did knowingly possess a firearm and ammunition, to wit: a 9mm Glock handgun along with associated ammunition, and the firearm and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(5) and punishable pursuant to 18 U.S.C. § 924(a)(2).

### Count 5
### 21 U.S.C. § 841(a)(1)
### (Possession of Marijuana with Intent to Distribute)

On or about March 11, 2025, in the District of Utah,

KELVIS JOSE NAMIAS CASTILLO,

defendant herein, did knowingly and intentionally possess with intent to distribute less than fifty (50) kilograms of a mixture or substance containing a detectable amount of Marijuana, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(D).

### Count 6
### 21 U.S.C. § 841(a)(1)
### (Possession of Cocaine with Intent to Distribute)

On or about March 11, 2025, in the District of Utah,

KELVIS JOSE NAMIAS CASTILLO,

defendant herein, did knowingly and intentionally possess with intent to distribute Cocaine, a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812; all in violation

of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

Count 7
18 U.S.C. § 922(g)(5)(B)
(Illegal Alien in Possession of Firearms)

Between October 31, 2024, and March 11, 2025, in the District of Utah,

MANUEL ANTONIO FERRER BASTARDO,

defendant herein, knowing he was illegally and unlawfully in the United States, did knowingly possess firearms, to wit: a 9mm Draco NAK-9 pistol, and a 9mm Scorpion EVO handgun, and the firearms were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(5) and punishable pursuant to 18 U.S.C. § 924(a)(2).

Count 8
21 U.S.C. § 841(a)(1)
(Possession of Marijuana with Intent to Distribute)

On or about March 11, 2025, in the District of Utah,

MANUEL ANTONIO FERRER BASTARDO,

defendant herein, did knowingly and intentionally possess with intent to distribute less than fifty (50) kilograms of a mixture or substance containing a detectable amount of Marijuana, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(D).

Count 9
21 U.S.C. § 841(a)(1)
(Possession of Cocaine with Intent to Distribute)

On or about March 11, 2025, in the District of Utah,

MANUEL ANTONIO FERRER BASTARDO,

defendant herein, did knowingly and intentionally possess with intent to distribute Cocaine, a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

### Count 10
8 U.S.C. § 1326
(Reentry of a Previously Removed Alien)

On or about March 19, 2025, in the District of Utah,

YEIMI ALEXANDRA FAGUNDEZ PITRE,

defendant herein, an alien who on or about April 1, 2024, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the United States Department of Homeland Security to reapply for admission into the United States; all in violation of 8 U.S.C. § 1326.

### Count 11
18 U.S.C. § 1591(a)
(Conspiracy to Commit Sex Trafficking by Force, Fraud, or Coercion)

Beginning on a date unknown, and continuing through to March 11, 2025, in the District of Utah,

MIGUEL GIL, KELVIS JOSE NAMIAS CASTILLO, and OSMAR LUNA-GONZALEZ

defendants herein, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person(s), knowing, and, in

7

reckless disregard of the fact, that means of force, threats of force, fraud, and coercion were used to cause the person(s) to engage in a commercial sex act(s), in and affecting interstate and foreign commerce, and did benefit financially by receiving anything of value, from participation in a venture which has engaged in any act described above; and did aid and abet therein; all in violation of 18 U.S.C. § 1591(a) and § 2.

### NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. § 922, Defendant BRIANN RICARDO HERNANDEZ-CASTILLO, AKA PABLO JOSE FERNANDEZ GIL shall forfeit to the United States of America any firearms or ammunition involved in or used in the commission of the offense, including, but not limited to:

- A 9mm Glock pistol (serial # BXPS636);
- All associated ammunition.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. § 922, Defendant KELVIS JOSE NAMIAS CASTILLO shall forfeit to the United States of America any firearms or ammunition involved in or used in the commission of the offense, including, but not limited to:

- A 9mm Glock pistol (serial # BUWC221);
- All associated ammunition.

Pursuant to 21 U.S.C. § 853(a), upon conviction of any offense violating 21 U.S.C. § 841, Defendant KELVIS JOSE NAMIAS CASTILLO shall forfeit to the United

States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to:

- $4,358 in U.S. currency seized on March 11, 2025.

Pursuant to 21 U.S.C. § 853(a), upon conviction of any offense violating 21 U.S.C. § 841, Defendant MANUEL ANTONIO FERRER BASTARDO shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to:

- $2,717 in U.S. currency seized on March 11, 2025.

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

FELICE JOHN VITI
Acting United States Attorney

SAM PEAD
Assistant United States Attorney