BNDDUTY,CLOSED,INTERPRETER

# U.S. District Court
# Southern District of Florida (Miami)
# CRIMINAL DOCKET FOR CASE #: <u>1:25–mj–03604–MFE</u>–1

Case title: USA v. Gil

Date Filed: 08/15/2025

Date Terminated: 08/15/2025

---

Assigned to: Magistrate Judge Marty
Fulgueira Elfenbein

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Miguel Gil**<br>02469–512<br>*YOB: 1991; Spanish*<br>*TERMINATED: 08/15/2025* | represented by | **Michael Brian Nadler**<br>Stumphauzer, Kolaya, Nadler & Sloman, PLLC<br>Skns<br>2 S. Biscayne Blvd<br>Suite 1600<br>Miami, FL 33131<br>305–614–1400<br>Email: <u>mnadler@sfslaw.com</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level (Opening)</u>** | |
|---|---|
| None | |

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level (Terminated)</u>** | |
|---|---|
| None | |

| **<u>Complaints</u>** | **<u>Disposition</u>** |
|---|---|
| WARRANT\DISTRICT OF UTAH\INDICTMENT\18:1591(a) and 18:2 Conspiracy to Commit Sex Trafficking by Force, Fraud, or Coercion | |

1

**Plaintiff**

USA                                  represented by   **Noticing AUSA CR TP/SR**
                                                      Email: Usafls.transferprob@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2025 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Miguel Gil. Defendant committed to District of District of Utah. Closing Case for Defendant. Signed by Magistrate Judge Marty Fulgueira Elfenbein on 8/15/2025. *See attached document for full details.* (kan) (Entered: 08/18/2025) |
| 08/15/2025 | 8 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Miguel Gil. (kan) (Entered: 08/18/2025) |
| 08/15/2025 | 7 | Attorney update in case as to Miguel Gil. Attorney Michael Brian Nadler for Miguel Gil added for **REMOVAL/RULE 5 to another District** CJA representation. Date attorney was appointed CJA: 8/15/2025. Per 6 Initial Appearance – Rule 5(c)(3)/Rule 40. (kan) (Entered: 08/18/2025) |
| 08/15/2025 | 6 | Minute Order for proceedings held before Magistrate Judge Marty Fulgueira Elfenbein: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Miguel Gil held on 8/15/2025. Bond recommendation/set: Miguel Gil (1) STIP – PTD w the right to revisit. No hearing held. Court sets. Date of Arrest or Surrender: 8/15/2025. Defendant Waives Removal and Ordered Removed to the District of Utah. Spanish Interpreter present. (Digital 14:46:10)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence– that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Marty Fulgueira Elfenbein on 8/15/2025. (kan) (Entered: 08/18/2025) |
| 08/15/2025 | 5 | PAPERLESS ORDER granting 4 Motion to Appoint Counsel. Appointing Attorney Michael Brian Nadler for Miguel Gil (1). Signed by Magistrate Judge Marty Fulgueira Elfenbein on 8/15/2025. (kan) Modified text on 8/18/2025 (kan). (Entered: 08/18/2025) |
| 08/15/2025 | 4 | **ORE TENUS** MOTION to Appoint Counsel by Miguel Gil. (kan) (Entered: 08/18/2025) |
| 08/15/2025 | 3 | ORDER granting 2 Motion to Unseal Case as to Miguel Gil (1). Signed by Magistrate Judge Marty Fulgueira Elfenbein on 8/18/2025. *See attached document for full details.* (kan) (Entered: 08/18/2025) |

| 08/15/2025 | 2 | **ORE TENUS** MOTION to Unseal Case by USA as to Miguel Gil. (kan) (Entered: 08/18/2025) |
|---|---|---|
| 08/15/2025 | 1 | Magistrate Judge Removal of Indictment from District of Utah Case number in the other District 2:25−cr−00141−010−DAK as to Miguel Gil (1). (kan) (Entered: 08/18/2025) |

# United States District Court

for the

**District of Utah**

UNITED STATES OF AMERICA

V.                                    Case No: 2:25-cr-00141-010-DAK

**Fagundez Pitire et al**                 **25-MJ-3604-ELFENBEIN**

## ARREST WARRANT

FILED BY _____ BM _____ D.C.

**Aug 15, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

To:     The United States Marshal
        and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)  **MIGUEL GIL**                                                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

[X]  Indictment      [ ] Superseding Indictment      [ ] Information      [ ] Superseding Information
     [ ] Complaint    [ ] Order of court    [ ] Violation Notice    [ ] Probation Violation Petition
     [ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Conspiracy to Commit Sex Trafficking by Force, Fraud, or Coercion**

in violation of     **18:1591(a) and 18:2**                                             United States Code.

Gary P. Serdar                                    Clerk of Court
Name of Issuing Officer                           Title of Issuing Officer

                                                  April 10, 2025 at Salt Lake City, Utah
Signature of Issuing Officer                      Date and Location

By:     Elizabeth Toscano
        Deputy Clerk

Bail fixed _____ by _____
                                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**25-MJ-3604-ELFENBEIN**

FELICE JOHN VITI, Acting United States Attorney (#7007)
SAM PEAD, Assistant United States Attorney (#11945)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court-UT
APR 09 '25 PM04:07

Case: 2:25-cr-00141
Assigned To : Kimball, Dale A.
Assign. Date : 4/8/2025

# SEALED

---

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | Count 1: 18 U.S.C. § 1591(a), Sex Trafficking by Force, Fraud, or Coercion (Defendants: RAQUEL YUDITH FAGUNDEZ PITIRE, AKA CAMILLA, BRIANN RICARDO HERNANDEZ-CASTILLO, AKA PABLO JOSE FERNANDEZ GIL, KENDER ALBERTO BRIEO-QUIJADA, LUIS FRANCISCO GUZMAN HERNANDEZ, YEIMI ALEXANDRA FAGUNDEZ PITRE, and MILLER ANTHONY AZUAJE VELASQUEZ) |
| vs. | |
| RAQUEL YUDITH FAGUNDEZ PITIRE, AKA CAMILLA, | |
| BRIANN RICARDO HERNANDEZ-CASTILLO, AKA PABLO JOSE FERNANDEZ GIL, | |
| KENDER ALBERTO BRIEO-QUIJADA, | Count 2: 18 U.S.C. § 1512(b), Tampering with a Witness, Victim, or Informant by Intimidation, Threats, Corrupt Persuasion, or Misleading Conduct (Defendants: RAQUEL YUDITH FAGUNDEZ PITIRE, AKA CAMILLA, BRIANN RICARDO HERNANDEZ-CASTILLO, AKA PABLO JOSE FERNANDEZ GIL, PEDRO GONZALEZ, and YEIMI ALEXANDRA FAGUNDEZ PITRE) |
| YEIMI ALEXANDRA FAGUNDEZ PITRE, | |
| MILLER ANTHONY AZUAJE VELASQUEZ, | |
| LUIS FRANCISCO GUZMAN HERNANDEZ, | |
| PEDRO GONZALEZ, | Count 3: 18 U.S.C. § 922(g)(5), Illegal Alien in Possession of a Firearm and Ammunition (Defendant: BRIANN RICARDO HERNANDEZ-CASTILLO, AKA PABLO JOSE FERNANDEZ GIL) |
| KELVIS JOSE NAMIAS CASTILLO, | |

| | |
|---|---|
| MANUEL ANTONIO FERRER BASTARDO,<br><br>MIGUEL GIL, and<br><br>OSMAR LUNA-GONZALEZ,<br><br>     Defendants. | Count 4: 18 U.S.C. § 922(g)(5), Illegal Alien in Possession of a Firearm and Ammunition<br>(Defendant: KELVIS JOSE NAMIAS CASTILLO)<br><br>Count 5: 21 U.S.C. § 841(a)(1), Possession of Marijuana with Intent to Distribute<br>(Defendant: KELVIS JOSE NAMIAS CASTILLO)<br><br>Count 6: 21 U.S.C. § 841(a)(1), Possession of Cocaine with Intent to Distribute<br>(Defendant: KELVIS JOSE NAMIAS CASTILLO)<br><br>Count 7: 18 U.S.C. § 922(g)(5), Illegal Alien in Possession of Firearms<br>(Defendant: MANUEL ANTONIO FERRER BASTARDO)<br><br>Count 8: 21 U.S.C. § 841(a)(1), Possession of Marijuana with Intent to Distribute<br>(Defendant: MANUEL ANTONIO FERRER BASTARDO)<br><br>Count 9: 21 U.S.C. § 841(a)(1), Possession of Cocaine with Intent to Distribute<br>(Defendant: MANUEL ANTONIO FERRER BASTARDO)<br><br>Count 10: 8 U.S.C. § 1326, Reentry of a Previously Removed Alien<br>(Defendant: YEIMI ALEXANDRA FAGUNDEZ PITRE)<br><br>Count 11: 18 U.S.C. § 1591(a), Sex Trafficking by Force, Fraud, or Coercion<br>(Defendants: MIGUEL GIL, KELVIS JOSE NAMIAS CASTILLO, OSMAR LUNA-GONZALEZ) |

2

The Grand Jury charges:

## Count 1
### 18 U.S.C. § 1591(a)
### (Sex Trafficking by Force, Fraud, or Coercion)

Beginning on a date unknown, and continuing through to March 18, 2025, in the

District of Utah,

RAQUEL YUDITH FAGUNDEZ PITIRE, AKA CAMILLA, BRIANN RICARDO

HERNANDEZ-CASTILLO, AKA PABLO JOSE FERNANDEZ GIL, KENDER

ALBERTO BRIEO-QUIJADA, LUIS FRANCISCO GUZMAN HERNANDEZ,

YEIMI ALEXANDRA FAGUNDEZ PITRE, and

MILLER ANTHONY AZUAJE VELASQUEZ,

defendants herein, did knowingly recruit, entice, harbor, transport, provide, obtain,

advertise, maintain, patronize, and solicit by any means a person(s), knowing, and, in

reckless disregard of the fact, that means of force, threats of force, fraud, and coercion

were used to cause the person(s) to engage in a commercial sex act(s), in and affecting

interstate and foreign commerce, and did benefit financially by receiving anything of

value, from participation in a venture which has engaged in any act described above; and

did aid and abet therein; all in violation of 18 U.S.C. § 1591(a) and § 2.

## Count 2
### 18 U.S.C. § 1512(b)
### (Tampering With a Witness, Victim, or Informant by Intimidation, Threats, Corrupt
### Persuasion, or Misleading Conduct)

Between October 31, 2024, and March 18, 2025, in the District of Utah,

3

RAQUEL YUDITH FAGUNDEZ PITIRE, AKA CAMILLA, BRIANN RICARDO

HERNANDEZ-CASTILLO, AKA PABLO JOSE FERNANDEZ GIL, PEDRO

GONZALEZ, and YEIMI ALEXANDRA FAGUNDEZ PITRE,

defendants herein, did knowingly intimidate, threaten, corruptly persuade, and engage in

misleading conduct toward witnesses to influence, delay, and prevent the testimony of any

person in an official proceeding, and with the intent to cause and induce any person to

withhold testimony, evade legal process summoning that person to appear as a witness,

and to be absent from an official proceeding to which such person has been summoned by

legal process, from an official proceeding; in violation of 18, U.SC. § 1512(b)(2) and § 2.

Count 3
18 U.S.C. § 922(g)(5)(B)
(Illegal Alien in Possession of a Firearm and Ammunition)

On or about October 31, 2024, in the District of Utah,

BRIANN RICARDO HERNANDEZ-CASTILLO, AKA PABLO JOSE

FERNANDEZ GIL,

defendant herein, knowing he was illegally and unlawfully in the United States, did

knowingly possess a firearm and ammunition, to wit: a 9mm Glock handgun along with

associated ammunition, and the firearm and ammunition were in and affecting commerce;

all in violation of 18 U.S.C. § 922(g)(5) and punishable pursuant to 18 U.S.C. § 924(a)(2).

Count 4
18 U.S.C. § 922(g)(5)(B)
(Illegal Alien in Possession of a Firearm and Ammunition)

4

On or about March 11, 2025, in the District of Utah,

KELVIS JOSE NAMIAS CASTILLO,

defendant herein, knowing he was illegally and unlawfully in the United States, did

knowingly possess a firearm and ammunition, to wit: a 9mm Glock handgun along with

associated ammunition, and the firearm and ammunition were in and affecting commerce;

all in violation of 18 U.S.C. § 922(g)(5) and punishable pursuant to 18 U.S.C. § 924(a)(2).

### Count 5
### 21 U.S.C. § 841(a)(1)
### (Possession of Marijuana with Intent to Distribute)

On or about March 11, 2025, in the District of Utah,

KELVIS JOSE NAMIAS CASTILLO,

defendant herein, did knowingly and intentionally possess with intent to distribute less

than fifty (50) kilograms of a mixture or substance containing a detectable amount of

Marijuana, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812, all in

violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(D).

### Count 6
### 21 U.S.C. § 841(a)(1)
### (Possession of Cocaine with Intent to Distribute)

On or about March 11, 2025, in the District of Utah,

KELVIS JOSE NAMIAS CASTILLO,

defendant herein, did knowingly and intentionally possess with intent to distribute Cocaine,

a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812; all in violation

of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## Count 7
### 18 U.S.C. § 922(g)(5)(B)
#### (Illegal Alien in Possession of Firearms)

Between October 31, 2024, and March 11, 2025, in the District of Utah,

MANUEL ANTONIO FERRER BASTARDO,

defendant herein, knowing he was illegally and unlawfully in the United States, did

knowingly possess firearms, to wit: a 9mm Draco NAK-9 pistol, and a 9mm Scorpion

EVO handgun, and the firearms were in and affecting commerce; all in violation of 18

U.S.C. § 922(g)(5) and punishable pursuant to 18 U.S.C. § 924(a)(2).

## Count 8
### 21 U.S.C. § 841(a)(1)
#### (Possession of Marijuana with Intent to Distribute)

On or about March 11, 2025, in the District of Utah,

MANUEL ANTONIO FERRER BASTARDO,

defendant herein, did knowingly and intentionally possess with intent to distribute less

than fifty (50) kilograms of a mixture or substance containing a detectable amount of

Marijuana, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812, all in

violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(D).

## Count 9
### 21 U.S.C. § 841(a)(1)
#### (Possession of Cocaine with Intent to Distribute)

On or about March 11, 2025, in the District of Utah,

MANUEL ANTONIO FERRER BASTARDO,

defendant herein, did knowingly and intentionally possess with intent to distribute Cocaine,

a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812; all in violation

of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

Count 10
8 U.S.C. § 1326
(Reentry of a Previously Removed Alien)

On or about March 19, 2025, in the District of Utah,

YEIMI ALEXANDRA FAGUNDEZ PITRE,

defendant herein, an alien who on or about April 1, 2024, was excluded, removed, and

deported from the United States, did knowingly reenter and was found in the United States

in the District of Utah, having not obtained the consent of the Secretary of the United

States Department of Homeland Security to reapply for admission into the United States;

all in violation of 8 U.S.C. § 1326.

Count 11
18 U.S.C. § 1591(a)
(Conspiracy to Commit Sex Trafficking by Force, Fraud, or Coercion)

Beginning on a date unknown, and continuing through to March 11, 2025, in the

District of Utah,

MIGUEL GIL, KELVIS JOSE NAMIAS CASTILLO, and OSMAR LUNA-

GONZALEZ

defendants herein, did knowingly recruit, entice, harbor, transport, provide, obtain,

advertise, maintain, patronize, and solicit by any means a person(s), knowing, and, in

7

reckless disregard of the fact, that means of force, threats of force, fraud, and coercion were used to cause the person(s) to engage in a commercial sex act(s), in and affecting interstate and foreign commerce, and did benefit financially by receiving anything of value, from participation in a venture which has engaged in any act described above; and did aid and abet therein; all in violation of 18 U.S.C. § 1591(a) and § 2.

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. § 922, Defendant BRIANN RICARDO HERNANDEZ-CASTILLO, AKA PABLO JOSE FERNANDEZ GIL shall forfeit to the United States of America any firearms or ammunition involved in or used in the commission of the offense, including, but not limited to:

- A 9mm Glock pistol (serial # BXPS636);
- All associated ammunition.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. § 922, Defendant KELVIS JOSE NAMIAS CASTILLO shall forfeit to the United States of America any firearms or ammunition involved in or used in the commission of the offense, including, but not limited to:

- A 9mm Glock pistol (serial # BUWC221);
- All associated ammunition.

Pursuant to 21 U.S.C. § 853(a), upon conviction of any offense violating 21 U.S.C. § 841, Defendant KELVIS JOSE NAMIAS CASTILLO shall forfeit to the United

8

States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to:

- $4,358 in U.S. currency seized on March 11, 2025.

Pursuant to 21 U.S.C. § 853(a), upon conviction of any offense violating 21 U.S.C. § 841, Defendant MANUEL ANTONIO FERRER BASTARDO shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to:

- $2,717 in U.S. currency seized on March 11, 2025.

A TRUE BILL:

_____

FOREPERSON OF THE GRAND JURY

FELICE JOHN VITI
Acting United States Attorney

_____

SAM PEAD
Assistant United States Attorney

9

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing AUSA CR TP/SR (usafls.transferprob@usdoj.gov), Magistrate
Judge Marty Fulgueira Elfenbein (elfenbein@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:25793676@flsd.uscourts.gov
Subject:Activity in Case 1:25-mj-03604-MFE USA v. Gil Motion to Unseal Case
```
Content−Type: text/html

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 8/18/2025 at 10:05 AM EDT and filed on 8/15/2025

| | |
|---|---|
| **Case Name:** | USA v. Gil |
| **Case Number:** | 1:25−mj−03604−MFE |
| **Filer:** | USA |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
 **ORE TENUS MOTION to Unseal Case by USA as to Miguel Gil. (kan)**

**1:25−mj−03604−MFE−1 Notice has been electronically mailed to:**

Noticing AUSA CR TP/SR &nbsp &nbsp Usafls.transferprob@usdoj.gov

**1:25−mj−03604−MFE−1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 25-MJ-3604-ELFENBEIN(SEALED)

UNITED STATES OF AMERICA,
        Plaintiff,

V.

Miguel Gil,
        Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is

thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED

DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 8/15/25

**Marty F. Elfenbein**
**UNITED STATES MAGISTRATE JUDGE**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing AUSA CR TP/SR (usafls.transferprob@usdoj.gov), Magistrate
Judge Marty Fulgueira Elfenbein (elfenbein@flsd.uscourts.gov)
--Non Case Participants: Federal Public Defender (fls_ecf@fd.org)
--No Notice Sent:

Message-Id:25793719@flsd.uscourts.gov
Subject:Activity in Case 1:25-mj-03604-MFE USA v. Gil Motion to Appoint Counsel
```
Content−Type: text/html

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 8/18/2025 at 10:12 AM EDT and filed on 8/15/2025

**Case Name:**    USA v. Gil

**Case Number:**    <u>1:25−mj−03604−MFE</u>

**Filer:**

**Document Number:** 4(No document attached)

**Docket Text:**
 **ORE TENUS MOTION to Appoint Counsel by Miguel Gil. (kan)**

**1:25−mj−03604−MFE−1 Notice has been electronically mailed to:**

Noticing AUSA CR TP/SR &nbsp &nbsp Usafls.transferprob@usdoj.gov

**1:25−mj−03604−MFE−1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

16

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing FPD-MIA (ileana_gutierrez@fd.org, mia_ecf@fd.org), Noticing
AUSA CR TP/SR (usafls.transferprob@usdoj.gov), Magistrate Judge Marty Fulgueira Elfenbein
(elfenbein@flsd.uscourts.gov)
--Non Case Participants: Federal Public Defender (fls_ecf@fd.org)
--No Notice Sent:

Message-Id:25793724@flsd.uscourts.gov
Subject:Activity in Case 1:25-mj-03604-MFE USA v. Gil Order on Motion to Appoint Counsel
```
Content–Type: text/html

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing


The following transaction was entered on 8/18/2025 at 10:13 AM EDT and filed on 8/15/2025

| | |
|---|---|
| **Case Name:** | USA v. Gil |
| **Case Number:** | 1:25–mj–03604–MFE |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
 **PAPERLESS ORDER granting [4] Motion to Appoint Counsel. Appointing Noticing FPD–MIA for Miguel Gil as to Miguel Gil (1). Signed by Magistrate Judge Marty Fulgueira Elfenbein on 8/15/2025. (kan)**


**1:25–mj–03604–MFE–1 Notice has been electronically mailed to:**

Noticing FPD–MIA     MIA_ECF@FD.org, Ileana_gutierrez@fd.org

Noticing AUSA CR TP/SR     Usafls.transferprob@usdoj.gov


**1:25–mj–03604–MFE–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

# MINUTE ORDER

Page 6

## Magistrate Judge Marty F. Elfenbein

**Atkins Building Courthouse - 5th Floor**        Date: 8/15/25     Time: 2:00 p.m.

Defendant:  Miguel Gil        J#: 02469-512    Case #: 25-MJ-3604-ELFENBEIN (SEALED)

AUSA:  Yeney Hernandez        Attorney:  Alejandra De La Carmona for Mr. Nadler

Violation: D UT/WARR/Conspiracy to Commit Sex Trafficking by Force.        Surr/Arrest Date: 08/15/25     YOB: 1991

Proceeding:  Initial Appearance        *CJA Appt:  Michael Brian Nadler, Esq.*

Bond/PTD Held: ⭕ Yes  ⭕ No        Recommended Bond:

Bond Set at:        Co-signed by:

| | |
|---|---|
| ☐ Surrender and/or do not obtain passports/travel docs | Language:   Spanish |

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Disposition:
*Defendant advised of rights and charges*

*Govt's ore tenus motion to unseal; granted*

*Defendant's motion for appointment of counsel; granted*

*STIP PTD w/right to revisit (no hrg. held); Court sets*

*Defendant Waives Removal and Ordered Removed to the District of Utah*

***Brady order given***

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:        Time:        Judge:        Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R.  14:46:10        Time in Court:  6 mins

s/Marty F. Elfenbein        Magistrate Judge

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing AUSA CR TP/SR (usafls.transferprob@usdoj.gov), Michael Brian
Nadler (michaelbnadler@gmail.com, mnadler@ecf.courtdrive.com, mnadler@sfslaw.com),
Magistrate Judge Marty Fulgueira Elfenbein (elfenbein@flsd.uscourts.gov)
--Non Case Participants: CJA Clerk (cmecf_cja@flsd.uscourts.gov)
--No Notice Sent:

Message-Id:25793783@flsd.uscourts.gov
Subject:Activity in Case 1:25-mj-03604-MFE USA v. Gil Add Attorneys
```
Content–Type: text/html

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 8/18/2025 at 10:20 AM EDT and filed on 8/18/2025

| | |
|---|---|
| **Case Name:** | USA v. Gil |
| **Case Number:** | 1:25–mj–03604–MFE |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Attorney update in case as to Miguel Gil. Attorney Michael Brian Nadler for Miguel Gil added for REMOVAL/RULE 5 to another District CJA representation. Date attorney was appointed CJA: 8/15/2025. Per [6] Initial Appearance – Rule 5(c)(3)/Rule 40. (kan)**

**1:25–mj–03604–MFE–1 Notice has been electronically mailed to:**

Noticing AUSA CR TP/SR &nbsp &nbsp Usafls.transferprob@usdoj.gov

Michael Brian Nadler &nbsp &nbsp mnadler@sfslaw.com, michaelbnadler@gmail.com, mnadler@ecf.courtdrive.com

**1:25–mj–03604–MFE–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No: 25-MJ-3604-ELFENBEIN

United States of America
     Plaintiff,
    v.

                             Charging District's Case No.  25-CR-141

Miguel Gil,
     Defendant.

_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **District of Utah.**

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)     an identity hearing to determine whether I am the person named in the charges;
(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5)     a hearing on any motion by the government for detention;
(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☑ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☑ A detention hearing in the Southern District of Florida.

☑ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

                                  Miguel Gil
                                  Defendant's Signature

Date: 8/15/25

                                  Marty F. Elfenbein
                                  United States Magistrate Judge

**United States District Court**
**Southern District of Florida**
Case No. 25-MJ-3604-ELFENBEIN

UNITED STATES OF AMERICA,

    v.

                                  Charging District's Case No. 25-CR-141

Miguel Gil,
(USM#02069-512)
_____/

<u>COMMITMENT TO ANOTHER DISTRICT</u>

The defendant has been ordered to appear in the District of Utah.

**Michael Brian Nadler (CJA), was appointed to represent Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 8/15/25.

                                      Marty F. Elfenbein
                                      United States Magistrate Judge